```
BARRY B. LANGBERG (State Bar No. 48158)
MITCHELL J. LANGBERG (State Bar No. 171912)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
Telephone: (310) 556-5800
Fax:       (310) 556-5959

Attorneys for Plaintiff
MARTHA STEWART
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA STEWART,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL ENQUIRER, INC., dba NATIONAL ENQUIRER; AMERICAN MEDIA, INC.; and AMERICAN MEDIA OPERATIONS, INC.,<br><br>        Defendants. | NO. 97-8531 MRP (Mcx)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs.

Dated: October 22, 1999

STROOCK & STROOCK & LAVAN LLP

By: _____
    BARRY B. LANGBERG
Attorneys for Plaintiff
Martha Stewart

[SIGNATURES CONTINUE ON NEXT PAGE]

STIPULATION OF DISMISSAL

73

1  [SIGNATURES CONTINUED FROM PREVIOUS PAGE]

2  Dated: October 25, 1999           WILLIAMS & CONNOLLY

3

4                                     By: _____
5                                         GERSON A ZWEIFACH
                                           Attorney for Defendants
6                                          National Enquirer, Inc.
                                           American Media, Inc. and
7                                          American Media Operations, Inc.

8  Dated: October 25, 1999           IRELL & MANELLA

9

10                                    By: _____
                                           RICHARD DE BODO
11                                         Attorney for Defendants
                                           National Enquirer, Inc.,
12                                         American Media, Inc. and
                                           American Media Operations, Inc.
13

14

15

16

17

18

19

20                                                IT IS SO ORDERED.
21                                                DATED November 1, 1999

22

23                                                _____
24                                                UNITED STATES DISTRICT JUDGE

25

26

27

28

-2-

50087385v1

# Affidavit of Service by Mail

I, BRIAN T. MAYEDA, declare:

I am over the age of 18 years, and not a party to or interested in the within entitled action. I am an employee of STROOCK & STROOCK & LAVAN LLP, and my business address is 2029 Century Park East, Suite 1800, Los Angeles, California 90067.

On October 25, 1999, I served by Mail the following document:

**STIPULATION OF DISMISSAL**

I enclosed a true and correct copy of said document, in an envelope, together with an unsigned copy of this affidavit, addressed as follows:

| | |
|---|---|
| Henry Shields, Jr., Esq.<br>Richard de Bodo, Esq.<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | Attorneys for Defendants |
| Gerson A. Zweifach, Esq.<br>Steven A. Farina, Esq.<br>WILLIAMS & CONNOLLY<br>725 Twelfth Street<br>Washington, D.C. 20005 | Attorneys for Defendants |

I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service in Los Angeles, on this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on October 25, 1999, following the ordinary business practice.

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that I am employed in the office of an attorney permitted to practice before this court, at whose direction this service was made.

Executed on October 25, 1999, at Los Angeles, California.

_____
BRIAN T. MAYEDA

-3-